# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| STEPHEN & CHRISTINA THOMAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS COUNTY BOARD OF EDUCATION and DOUGLAS COUNTY SCHOOL DISTRICT <br><br> Defendants, <br><br> v. <br><br> JAMES LARUE, SUZANNE T. LARUE, INTERFAITH ALLIANCE OF COLORADO, RABBI JOEL R. SCHWARTZMAN, KEVIN LEUNG, CHRISTIAN MOREAU, MARITZA CARRERA, SUSAN MCMAHON, TAXPAYERS FOR PUBLIC EDUCATION, CINDRA S. BARNARD, and MASON S. BARNARD, <br><br> Movants | **Civ. No. 1:16-cv-00876-MSK-CBS** |

**EMERGENCY MOTION OF PROPOSED INTERVENORS (1) TO
EXPEDITE CONSIDERATION OF MOTION TO INTERVENE;
AND (2) FOR LEAVE TO FILE PROPOSED BRIEF IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION**

Proposed Intervenors James LaRue, et al., respectfully move for (1) an order expediting consideration of their Motion to Intervene, filed on May 24, 2016, and (2) an order granting leave to file a proposed brief in opposition to the pending Motion for Preliminary Injunction, and as reason therefore state the following:

1

The District Court for the City and County of Denver entered a permanent injunction in favor of the proposed Intervenors and against Defendants Douglas County Board of Education and Douglas County School District (collectively "School District") on August 12, 2011, involving the same underlying private school voucher program that is challenged in this case. That permanent injunction order has been affirmed by final judgment of the Colorado Supreme Court. *Taxpayers for Pub. Educ. v. Douglas Cty. Sch. Dist.*, 351 P.3d 461 (Colo. 2015). A certiorari petition regarding the decision of the Colorado Supreme Court has been filed by the School District and is currently pending in the U.S. Supreme Court. That petition, and numerous other filings constituting judicial admissions, make clear that the Plaintiffs in this case and the Defendants in this case are in complete agreement on the issue that they present to this Court as, purportedly, an actual controversy requiring adjudication.

Plaintiffs' Motion for Preliminary Injunction requests relief that could potentially conflict with the terms of the state-court injunction against the School District. Intervenors file this Emergency Motion because the current schedule in this case, with respect to both the Motion to Intervene and the Motion for Preliminary Injunction, does not afford proposed Intervenors an adequate due process opportunity to participate in the adjudication of the Motion for Preliminary Injunction.

The Court has announced that it plans to issue a ruling on the pending Motion for Preliminary Injunction on June 9. Earlier today, the Court entered a schedule on proposed Intervenors' Motion to Intervene that does not require a response to that motion to be filed until after this Court proposes to announce its ruling on the Motion for Preliminary Injunction. Moreover, a scheduling conference was held in this matter on May 25, 2016. At that conference,

the case schedule dates originally proposed by the parties were accelerated significantly, and the deadline for dispositive motions was set for June 30, 2016.  Accordingly, to be afforded a fair and meaningful opportunity to be heard in this case, proposed Intervenors respectfully request:

(1) that the Court establish a schedule for disposition of the Motion to Intervene that would result in a decision on that motion in advance of June 9;

(2) that the Court grant leave for Intervenors to file a proposed response to Plaintiffs' Motion for Preliminary Injunction on or before June 6, so that the Court may consider that response if it grants the Motion to Intervene; and, additionally or alternatively,

(3) that the Court, in adjudicating the pending Motion for Preliminary Injunction, consider the arguments in "Intervenors' Motion to Dismiss, or in the Alternative, to Stay Proceedings," which has already been submitted as Exhibit 1 to the Motion to Intervene, which raises a threshold issue of subject matter jurisdiction, and which also presents many of the arguments that Intervenors would make on the merits issues in a full opposition to the Motion for Preliminary Injunction.

As required by D.C.COLO.L.CivR 7.1(a), proposed Intervenors' counsel has conferred with the parties' counsel regarding this Motion.  Counsel for Plaintiffs indicated that they do not consent to the requested relief.  Counsel for Defendants indicated that they are not able to take a position on the requested relief without first seeing the Motion.

Respectfully submitted this 26th day of May, 2016.

| | |
|---|---|
| By:   s/ Matthew J. Douglas<br>Matthew J. Douglas, #26017<br>Timothy R. Macdonald, #29180<br>Michelle K. Albert, #40665<br>**ARNOLD & PORTER LLP**<br>E-mail: Matthew.Douglas@aporter.com<br>Timothy.Macdonald@aporter.com<br>Michelle.Albert@aporter.com | By:   s/ Michael S. McCarthy<br>Michael S. McCarthy, #6688<br>Colin C. Deihl, #19737<br>L1. Ryddid Watkins, #49156<br>**FAEGRE BAKER DANIELS LLP**<br>3200 Wells Fargo Center<br>1700 Lincoln<br>Denver, CO 80203-4532<br>E-mail: Michael.mccarthy@faegrebd.com<br>Colin.deihl@faegrebd.com<br>Rhyddid.watkins@faegrebd.com |
| Mark Silverstein, #26979<br>Sara Neel, #36904<br>**AMERICAN CIVIL LIBERTIES UNION**<br>**FOUNDATION OF COLORADO**<br>303 E. 17th Street, Suite 350<br>Denver, CO 80203<br>E-mail: msilverstein@aclu-co.org<br>sneel@aclu-co.org | *Attorneys for Intervenors Taxpayers for Public Education, Cindra S. Barnard, and Mason S. Barnard* |
| Daniel Mach, DC Bar #461652<br>Heather L. Weaver, DC Bar #495582<br>**ACLU FOUNDATION PROGRAM**<br>**ON FREEDOM OF RELIGION**<br>**AND BELIEF**<br>915 15th Street NW, Suite 600<br>Washington, DC 20005<br>Email: dmach@aclu.org<br>hweaver@aclu.org | |
| Richard B. Katskee, DC Bar #474250<br>Alex J. Luchenitser, DC Bar #473393<br>**AMERICANS UNITED FOR**<br>**SEPARATION OF**<br>**CHURCH AND STATE**<br>1901 L Street NW, Suite 400<br>Washington, DC 20036<br>Email: katskee@au.org<br>luchenitser@au.org | |
| *Attorneys for Intervenors James LaRue, Suzanne T. LaRue, Interfaith Alliance of Colorado, Rabbi Joel R. Schwartzman, Kevin Leung, Christian Moreau, Maritza Carrera and Susan McMahon* | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2016, a copy of the foregoing **EMERGENCY MOTION OF PROPOSED INTERVENORS (1) TO EXPEDITE CONSIDERATION OF MOTION TO INTERVENE; AND (2) FOR LEAVE TO FILE PROPOSED BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** was electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael E. Bindas
Institute for Justice
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
Mbindas@ij.org

William H. Mellor
wmellor@ij.org
Richard D. Komer
rkomer@ij.or
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

*Attorneys for Plaintiffs*

James M. Lyons
jlyons@rothgerber.com
Eric V. Hall
ehall@rothgerber.com
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, Colorado 80202

*Attorneys for Defendant Douglas County Board of Education and Douglas County School District RE-1*

_____s/ Portia Pullen_____
Portia Pullen