**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover | Date: June 9, 2016 |
| Court Reporter:    Terri Lindblom | |

Civil Action No. 16-cv-00876-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| STEPHEN THOMAS; | Michael Bindas |
| CHRISTINA THOMAS; | Timothy Keller |
| MELISSA JANKOWSKI; | |
| DAWN ATCHISON; and | |
| TODD REYNOLDS, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| DOUGLAS COUNTY BOARD OF EDUCATION; and | James Lyons |
| DOUGLAS COUNTY SCHOOL DISTRICT, | Eric Hall |
| | Stacy Guillon |
| Defendants. | |
| | |
| JAMES LARUE, | Matthew Douglas |
| SUZANNE T. LARUE, | Mark Silverstein |
| INTERFAITH ALLIANCE OF COLORADO, | Colin Deihl |
| RABBI JOEL L. SCHWARTZMAN, | Michael McCarthy |
| KEVIN LEUNG, | |
| CHRISTIAN MOREAU, | |
| MARITZA CARRERA, | |
| SUSAN MCMAHON, | |
| TAXPAYERS FOR PUBLIC EDUCATION, | |
| CINDRA S. BARNARD, and | |
| MASON BARNARD, | |
| | |
| Intervenors. | |

**COURTROOM MINUTES**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

---

HEARING:     Motion for Preliminary Injunction (**Doc. #13**)

**9:14 a.m.**     **Court in session.**

Argument - Michael Bindas for plaintiffs; Jim Lyons for defendants; Michael McCarthy and Matthew Douglas for Intervenors.

**10:49 a.m.**     **Court in recess**
**1:11 p.m.**     **Court in session**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Motion for Preliminary Injunction (**Doc. #13**) is **DENIED** for the reasons set forth in the record.

**ORDER:**     Motion to Dismiss will be filed no later than 30 days from today's date; response and replies will be filed pursuant to the time rules set forth in the Local Rules.

**2:11p.m.**     **Court in recess.**

**Total Time:   2 hours 35 minutes.**
**Hearing concluded.**