**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-00876-MSK-CBS


STEPHEN and CHRISTINA THOMAS; MELISSA JANKOWSKI; and DAWN ATCHISON
and TODD REYNOLDS,

      Plaintiffs,

v.

DOUGLAS COUNTY BOARD OF EDUCATION and DOUGLAS COUNTY SCHOOL
DISTRICT,

      Defendants.

---

**NOTICE OF APPEAL**

---

      Notice is hereby given that Stephen Thomas, Christina Thomas, Melissa Jankowski,

Dawn Atchison, and Todd Reynolds, plaintiffs in the above named case, hereby appeal to the

United States Court of Appeals for the Tenth Circuit from the Order denying the plaintiffs'

motion for preliminary injunction entered in this action on June 9, 2016 (ECF No. 44), including

the oral findings and conclusions of law made that day that set forth the reasons for the Order

and were made part of the record (ECF Nos. 45 and 46).


      DATED:  June 17, 2016


                Respectfully submitted,

                s/ Michael E. Bindas
                Michael E. Bindas
                INSTITUTE FOR JUSTICE
                10500 NE 8th Street, Suite 1760
                Bellevue, WA 98004

Telephone:  (425) 646-9300
FAX:  (425) 990-6500
Email:  mbindas@ij.org

Timothy D. Keller
INSTITUTE FOR JUSTICE
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
Telephone:  (480) 557-8300
FAX:  (480) 557-8315
Email:  tkeller@ij.org

Attorneys for Plaintiffs Stephen and Christina
Thomas; Melissa Jankowski; and Dawn
Atchison and Todd Reynolds

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing NOTICE OF

APPEAL with the Clerk of Court using the CM/ECF system, which shall send notification of

such filing to the following:

> James M. Lyons
> Eric V. Hall
> Stacy Guillon
> LEWIS ROCA ROTHGERBER CHRISTIE LLP
> 90 S. Cascade Avenue, Suite 1100
> Colorado Springs, CO 80903
> jlyons@lrrc.com
> ehall@lrrc.com
> Sguillon@lrrc.com
>
> *Attorneys for Defendants Douglas County Board of Education and Douglas County School District*

> Matthew J. Douglas
> Timothy R. Macdonald
> Michelle K. Albert
> ARNOLD & PORTER LLP
> 370 17th Street, Suite 4400
> Denver, CO  80202-1370
> Matthew.Douglas@aporter.com
> Timothy.Macdonald@aporter.com
> Michelle.Albert@aporter.com

> Mark Silverstein
> Sara Neel
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO
> 303 E. 17th Street, Suite 350
> Denver, CO 80203
> msilverstein@aclu-co.org
> sneel@aclu-co.org

> Daniel Mach
> Heather L. Weaver
> ACLU FOUNDATION PROGRAM ON FREEDOM OF RELIGION AND BELIEF
> 915 15th Street NW, Suite 600

Washington, DC 20005
dmach@aclu.org
hweaver@aclu.org

Richard B. Katskee
Alex J. Luchenitser
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1901 L Street NW, Suite 400
Washington, DC 20036
katskee@au.org
luchenitser@au.org

*Attorneys for Intervenors James LaRue, Suzanne T. LaRue, Interfaith Alliance of Colorado, Rabbi Joel R. Schwartzman, Kevin Leung, Christian Moreau, Maritza Carrera, and Susan McMahon*

Michael S. McCarthy
Colin C. Deihl
Rhyddid Watkins
FAEGRE BAKER DANIELS LLP
1700 Lincoln Street, Suite 3200
Denver, Colorado 80203
michael.mccarthy@FaegreBD.com
colin.deihl@FaegreBD.com
rhyddid.watkins@FaegreBD.com

*Attorneys for Intervenors Taxpayers for Public Education, Cindra S. Barnard, and Mason S. Barnard*

I further certify that on June 17, 2016, I sent a copy of the foregoing NOTICE OF APPEAL via

First Class U.S. Mail to:

Robert Ross
Staff Legal Counsel
DOUGLAS COUNTY SCHOOL DISTRICT
620 Wilcox Street
Castle Rock, CO 80104
Robert.ross@dcsdk12.org

*Attorney for Defendants Douglas County Board of Education and Douglas County School District*

s/ Michael E. Bindas
Michael E. Bindas